# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| DYAN HILL, an individual;<br><br>        Plaintiff,<br><br>   v.<br><br>OCWEN LOAN SERVICING, LLC, a Delaware limited liability company; -and-DOES 1-1,000,<br><br>        Defendants. | Case No.:  2:16-cv-06701-R-SK<br><br>Hon. District Judge Manuel L. Real<br><br>**JUDGMENT OF DISMISSAL** |

Pursuant to the Court's November 10, 2016 Order granting *defendant* Ocwen Loan Servicing, LLC's ("Defendant") *Motion to Dismiss Plaintiff's Complaint*,

**IT IS ORDERED** that this action is dismissed with prejudice.

**IT IS FURTHER ORDERED** that judgment is hereby entered in favor of Defendant and against *plaintiff* Dyan Hill, who shall take nothing by way of this action.

**IT IS FURTHER ORDERED** that Defendant may pursue an award of attorney's fees and costs in accordance with the Federal Rules of Civil Procedure and Local Civil Rules.

Dated:  December 12, 2016

_____
HON. MANUEL L. REAL
UNITED STATES DISTRICT JUDGE